HENRY JANEK, PETITIONER-PETITIONER, v. FEDERAL
PACIFIC ELECTRIC CO., RESPONDENT-RESPONDENT.

*Mr. Henry Janek, in propria persona.*

*Mr. Isidor Kalisch* for the respondent.

April 30, 1962.

THERESA C. GAGLIO, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. YELLOW CAB COMPANY, DEFENDANT-PETI-
TIONER.

*Mr. Meyer L. Sakin* for the petitioner.

*Mr. Samuel L. Supnick* and *Mr. Charles A. Cohen* for
the respondent.

April 30, 1962.